UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CR00309 JCH |
| | ) | |
| ELIZABETH KARLA LEON, | ) | |
| | ) | |
| Defendant(s). | ) | |

## **ORDER**

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $1,000.00 to the surety of record.

/s/ Jean C. Hamilton

JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Dated this 9th day of March, 2010.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VERIFICATION OF DEFENDANT'S STATUS
(to be completed by the district Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern district of Missouri. I also certify that the status of the defendant is such that the conditions of the bond have been met as of this 9th day of March, 2010.

/s/ Cynthia Kornberger
Deputy Clerk